TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-10-00762-CR






The State of Texas, Appellant


v.


Adrian Matthew Bolton, Appellee






FROM THE COUNTY COURT AT LAW NO. 5 OF TRAVIS COUNTY

NO. C-1-CR-09-222700, HONORABLE NANCY WRIGHT HOHENGARTEN, JUDGE PRESIDING





M E M O R A N D U M O P I N I O N


 The State of Texas has filed a motion to dismiss its appeal. We grant the motion and
dismiss the appeal. See Tex. R. App. P. 42.1(a).


 ____________________________________

 David Puryear, Justice

Before Chief Justice Jones, Justices Puryear and Pemberton

Dismissed on State's Motion

Filed: January 14, 2011

Do Not Publish